# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00036-CV

**Mohammad Hadi Gharbi, aka M. H. Gharbi and Mike Gharbi, Appellant//
Majid Hemmasi, Cross-Appellant**

**v.**

**Majid Hemmasi, Appellee// Mohammad Hadi Gharbi, aka M. H. Gharbi and
Mike Gharbi, Cross-Appellee**

### FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. 279,045, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellee/cross-appellant Majid Hemmasi has notified this Court that appellant/cross-appellee Mohammad Hadi Gharbi has filed for bankruptcy protection (United States Bankruptcy Court, W.D. Texas, case number 08-11023-cag). Accordingly, the appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8. Any party may file a motion to reinstate upon the occurrence of an event that would allow the appeal to proceed. *See* Tex. R. App. P. 8.3. Failure to notify this Court of a lift of the automatic stay or the conclusion of the bankruptcy proceeding will result in the dismissal of the case for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Pemberton

Bankruptcy

Filed:   May 27, 2010